**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUNTRUST BANK,**

        **Plaintiff,**

-vs-                                                                                              Case No.  6:10-cv-1317-Orl-31GJK

**JOHN THEDERS and CHERYL E. THEDERS,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Final Default Judgment against Defendants (Doc. No. 20), filed July 12, 2011.

On August 8, 2011, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The Plaintiff's Motion for Final Default Judgment against Defendants is **GRANTED**.

3.  The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendants in the amount of $237,463.96 and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 30, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party